UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARMIE L. ELMORE III** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| **v.** | ) Civil Action No: 1:17-cv-00094-TSC |
| | ) |
| **STRYKER EMS, a division of STRYKER CORPORATION,** *et al.*, | ) |
| | ) |
|    **Defendants.** | ) |
| | ) |

**JOINT NOTICE OF FILING**

Pursuant to the Court's July 18, 2024 Minute Order, the parties respectfully submit the Joint Proposed Pretrial Scheduling Order attached hereto as Exhibit 1.

                                                    Respectfully submitted,

                                                    /s/ Steven J. McCool
                                            STEVEN J. McCOOL
                                            D.C. Bar No. 429369
                                            JULIA M. COLEMAN
                                            D.C. Bar No. 1018085
                                            McCOOL LAW PLLC
                                            1717 K Street, N.W., Suite 900
                                            Washington, D.C. 20006
                                            Telephone:  (202) 680-2440
                                            smccool@mccoollawpllc.com
                                            jcoleman@mccoollawpllc.com

                                            *Counsel for Plaintiff Carmie L. Elmore III*

        /s/ Tyree P. Jones, Jr. (with permission)
TYREE P. JONES, JR.
D.C. Bar No. 984586
REED SMITH LLP
1301 K Street, NW
East Tower - Suite 1100
Washington, D.C. 20005
Phone:  (202) 414-9200
tpjones@reedsmith.com


NOAH S. OBERLANDER
(*Admitted Pro Hac Vice*)
REED SMITH LLP
Riverfront Plaza-West Tower
901 East Byrd Street
Suite 1900
Richmond, VA 23219-4068
Phone:  (804) 344-3400
noberlander@reedsmith.com

*Counsel for Defendants Stryker EMS, a division of Stryker Corporation, et al.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of August 2024, the foregoing Joint Notice of Filing was served by electronic filing on the counsel of record in this matter.

                                                  /s/ Steven J. McCool
                                        STEVEN J. McCOOL